Elisabeth Holmes (OSB No. 120254)
Willamette Riverkeeper
P.O. Box 293
Eugene, Oregon 97440
Tel. (541) 870-7722 (No facsimile)
Email: eli@willametteriverkeeper.org

Bryan Telegin (OSB No. 105253)
Zachary K. Griefen (WSBA No. 48608), *Admitted Pro Hac Vice*
Bricklin & Newman LLP
123 NW 36th Street, Suite 205
Seattle, WA 98107
Tel. (206) 264-8600 (No facsimile)
Emails: telegin@bnd-law.com and griefen@bnd-law.com

*Attorneys for Plaintiff*

G. Kevin Kiely, OSB No. 833950
gkkiely@cablehuston.com
James S. Kincaid, OSB No. 872773
jkincaid@cablehuston.com
Laura C. Maffei, OSB No. 993177
lmaffei@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
Telephone: (503) 224-3092
Facsimile: (503) 224-3176

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLAMETTE RIVERKEEPER,<br><br>                               Plaintiff,<br><br>v.<br><br>CITY OF ALBANY; *et al.*,<br><br>                              Defendants. | NO. 6:20-cv-01760-AA<br><br>Joint Notice of Settlement and Lodging of Proposed Consent Decree Pending DOJ Review |

**Joint Notice of Settlement and Lodging of Proposed Consent Decree Pending DOJ Review** - 1

**Bricklin & Newman, LLP**
Attorneys at Law
123 NW 36th Street, Suite 205
Seattle, WA 98107
Tel. (206) 264-8600

Plaintiff Willamette Riverkeeper and Defendants City of Albany, *et al*., hereby provide notice to the Court that the Parties have settled the above-captioned matter and lodge the attached Proposed Consent Decree, pending the conclusion of the required 45-day review period mandated by the Clean Water Act and its regulations. 33 U.S.C. § 1251 *et seq*. and 40 C.F.R. § 135.5(b).

On March 8, 2022, Plaintiff's undersigned counsel sent copies of the Proposed Consent Decree to the Administrator, Environmental Protection Agency ("EPA"), as well as to the United States Department of Justice ("DOJ"), Citizen Suit Coordinator, Environment and Natural Resources Division Law and Policy Section, and the Acting Administrator of EPA Region 10 pursuant to the requirements of 40 CFR § 135.5.

The citizen suit provision of the Clean Water Act provides that no consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the EPA Administrator. 33 U.S.C. § 1365(c)(3). The Parties submit the attached Proposed Consent Decree to the Court at this time for informational purposes only. At the expiration of the 45-day review period set forth in 33 U.S.C. § 1365(c)(3), the Parties will jointly move the Court to enter the Proposed Consent Decree.

DATED this 8th day of March, 2022.

Respectfully submitted, by:

*s/ Elisabeth A. Holmes*
Elisabeth A. Holmes (OSB No. 120254)
Willamette Riverkeeper

*s/ Bryan Telegin*
Bryan Telegin (OSB No. 105253)
Zachary K. Griefen (WSBA Bar No. 48608)
*Admitted Pro Hac Vice*
Bricklin & Newman LLP

*Attorneys for Plaintiff*

**Joint Notice of Settlement and Lodging of Proposed Consent Decree Pending DOJ Review** - 2

**Bricklin & Newman, LLP**
Attorneys at Law
123 NW 36th Street, Suite 205
Seattle, WA 98107
Tel.  (206) 264-8600

| | |
|---|---|
| 1 | |
| 2 | *s/ G. Kevin Kiely* |
|   | G. Kevin Kiely, OSB No. 833950 |
| 3 | James S. Kincaid, OSB No. 872773 |
|   | Laura C. Maffei, OSB No. 993177 |
| 4 | CABLE HUSTON LLP |
| 5 | *Attorneys for Defendants* |

**Joint Notice of Settlement and Lodging of Proposed Consent Decree Pending DOJ Review** - 3

**Bricklin & Newman, LLP**
Attorneys at Law
123 NW 36th Street, Suite 205
Seattle, WA 98107
Tel. (206) 264-8600